

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00252-CR

**IN RE** Luis Fernando **RAMIREZ-BENITEZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori Massey Brissette, Justice
               H. Todd McCray, Justice

Delivered and Filed: March 12, 2025

DENIED

     Relator, Luis Fernando Ramirez-Benitez, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Ramirez-Benitez is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14918CR, styled *The State of Texas v. Luis Fernando Ramirez Benitez*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.